NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COREY BROWN,                              )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D18-3657
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
                                          )
_____ )

Opinion filed November 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Charles Sniffen, Judge.

Corey Brown, pro se.

PER CURIAM.

          Affirmed.

CASANUEVA, LaROSE, and BADALAMENTI, JJ., Concur.